**No. 10-79. Metro Fuel LLC, Petitioner v. City of New York, New York.**

562 U.S. 981, 131 S. Ct. 414, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8291.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 594 F.3d 94.

**No. 10-92. Christine Sahyers, Petitioner v. Prugh, Holliday & Karatinos, P.L., et al.**

562 U.S. 981, 131 S. Ct. 415, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8301.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 560 F.3d 1241.

**No. 10-135. B. R. Hudson, Petitioner v. Hilarie G. Scarbro, Administratrix of the Estate of Gary Eugene Rummer.**

562 U.S. 981, 131 S. Ct. 415, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8149.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 366.

**No. 10-200. John E. Fitzgibbons, Petitioner v. Sally J. Zeman, Trustee.**

562 U.S. 981, 131 S. Ct. 415, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8300.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 365 Fed. Appx. 126.

**No. 10-223. Philip Randolph Phillips, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 982, 131 S. Ct. 417, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8140.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-227. James D. Schneller, Petitioner v. Prospect Park Nursing and Rehabilitation Center, et al.**

562 U.S. 982, 131 S. Ct. 418, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8145.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 368 Fed. Appx. 298.